**UNITED STATES DISRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JENNIFER S.,**

    **Plaintiff,**

    v.

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

    Case No. 2:21-cv-5500
    **JUDGE EDMUND A. SARGUS, JR.**
    **Chief Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court on the parties' Joint Motion to Remand to the Commissioner of Social Security ("Commissioner"). (ECF No. 11.) Due notice having been given, and the Court being fully advised, the Court **GRANTS** the parties' joint motion (*id.*), **REVERSES** the Commissioner's decision, and **REMANDS** this case to the Commissioner for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's (ALJ) decision and conduct further proceedings to develop the administrative record as necessary to determine whether Plaintiff is disabled as defined by the Social Security Act, including the taking of additional evidence and offering Plaintiff a new hearing.

    Upon remand, this case is to be closed on the docket of this Court.

    **IT IS SO ORDERED.**

**5/4/2022**                                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                                 **EDMUND A. SARGUS, JR.**
                                                                       **UNITED STATES DISTRICT JUDGE**